UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MICHAEL J. BUTCHER,

        Plaintiff,

Case No. 1:19-cv-1057

v.

Honorable Paul L. Maloney

HEIDI WASHINGTON et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  February 13, 2020          /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge